UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re: Sarah Lynn Tunnell            )
                                     ) Case No. 3:24-bk-02503-BAJ
                                     )   Chapter 13
         Debtor.                     )
_____

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held for the Honorable Jason A. Burgess on October 16, 2024 at 10:00 am, in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, on the following matter:

**Motion to Determine Secured Status/Value of Credit Acceptance Corporation**
**[Re: Claim No. 2-1]**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at:

http://www.flmb.uscourts.gov/jacksonville/InPersonTrialNotice.pdf?id=3

If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: September 13, 2024       Signed:  /S/ James Richard Le Mieux
                                        James Richard Le Mieux
                                        Florida Bar No.: 909181
                                        Three Rivers Legal Services, Inc.
                                        Attorney for Debtor
                                        3225 University Blvd. South, Suite 220
                                        Jacksonville, Florida 32216
                                        Tel. No.:(904) 394-7450
                                        Fax No.:(904) 855-4117
                                        Designated email: eservice@trls.org

## Certificate of Service

I am over the age of 18 and not a party to this bankruptcy proceeding. A true and correct copy of the foregoing document, entitled "Notice of Preliminary Hearing" has been furnished to all creditors and parties in interest listed on the attached mailing matrix, by U.S. Mail, first class postage prepaid by placing a true and correct copy thereof in a sealed envelope in the United States Mail, and/or electronic filing to those entities having agreed to electronic delivery, this 13th day of September, 2024.

                                          Signed:  /S/ James Richard Le Mieux
                                                      James Richard Le Mieux
                                                      Florida Bar No.: 909181
                                                      Three Rivers Legal Services, Inc.
                                                      Attorney for Debtor
                                                      3225 University Blvd. South, Suite 220
                                                      Jacksonville, Florida 32216
                                                      Tel. No.:(904) 394-7450
                                                      Fax No.:(904) 855-4117
                                                      Designated email: eservice@trls.org

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-02503-BAJ<br>Middle District of Florida<br>Jacksonville<br>Fri Sep 13 11:00:35 EDT 2024 | Credit Acceptance Corp.<br>Heckman Law Group<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Sarah Lynn Tunnell<br>1211 Pine Ave SW<br>Live Oak, FL 32064-4025 |
| Aaron's LLC<br>400 Calleria Pkwy SE Suite 300<br>Atlanta, GA 30339-3182 | Clay Electric Cooperative, Inc.<br>734 Blanding Blvd<br>Orange Park, FL 32065-5798 | Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 |
| Credit Acceptance Corp -<br>25505 West Twelve Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Acceptance Corp<br>PO Box 5070<br>Southfield, MI 48086-5070 | Credit Acceptance Corp<br>c/o Heckman Law Group, P.L.<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 |
| Elden Tunnell<br>127 Colonial St SE<br>Live Oak, FL 32064-4107 | Envision Physician Services<br>PO Box 37789<br>Philadelphia, PA 19101-5089 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Grantham<br>215 W. Howard St<br>Live Oak, FL 32064-2303 |
| Jax Federal Credit Union<br>562 Park St<br>Jacksonville, FL 32204-2962 | LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lake City Medical Center -<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| ONLINE INFORMATION SERVICES<br>PO Box 1489<br>Winterville, NC 28590-1489 | Suwannee County Tax Collector<br>215 Pine Avenue, Ste A<br>Live Oak FL 32064-2349 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Xfinity<br>ATTN: LEGAL DEPARTMENT/ARBITRATION<br>1701 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2838 | United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Chad D Heckman +<br>Heckman Law Group<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 |
| Douglas W Neway +<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | James Richard Le Mieux +<br>Three Rivers Legal Services, Inc.<br>3225 University Boulevard, South<br>Suite 220<br>Jacksonville, FL 32216-2762 | Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Farmers Home Furniture -                    (d)Farmers home Furniture
Attn: Corporate Credit Department           1522 Ohio Ave
P.O. Box 1140                               Live Oak, FL 32064
Dublin, GA 31040



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Note: Entries with a '+' at the end of the    End of Label Matrix
name have an email address on file in CMECF     Mailable recipients    26
---------------------------------------------    Bypassed recipients     1
Note: Entries with a '-' at the end of the       Total                  27
name have filed a claim in this case
```