

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/15/2024 09:30 AM

COURTROOM   4A, 4th Floor

## HONORABLE JASON BURGESS

| CASE NUMBER: | | | FILING DATE: |
|---|---|---|---|
| **3:24-bk-02503-BAJ** | **13** | | **08/21/2024** |

**Chapter 13**

**DEBTOR:**   Sarah Tunnell

**DEBTOR ATTY:**   **James Le Mieux**

**TRUSTEE:**   **Douglas Neway**

**HEARING:**

Confirmation Hearing

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp.   Doc 18

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing

 B/C RESCHEDULED TO DECEMBER 19 @ 9:30 AOCNFN

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp.   Doc 18
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.