

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/19/2024 09:30 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-02503-BAJ | 13 | 08/21/2024 |

**Chapter 13**

**DEBTOR:** Sarah Tunnell

**DEBTOR ATTY:** James Le Mieux

**TRUSTEE:** Douglas Neway

**HEARING:**

Rescheduled Confirmation Hearing
    -Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp.   Doc 18

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Rescheduled Confirmation Hearing

 B/C RESCHEDULED TO FEBRUARY 26 @ 9:30 AOCNFN

-Objection to Confirmation of Plan Filed by Chad D Heckman on behalf of Creditor Credit Acceptance Corp.   Doc 18
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.